UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MIQUEL HARRELL

v.                                                                  Case No: 8:12-cv-1375-T-24TGW
                                                                          Case No.: 8:11-cr-2-T-24TGW
UNITED STATES OF AMERICA.
_____/

## **ORDER**

This cause is before the Court on Petitioner Miquel Harrell's 28 U.S.C. § 2255 motion to vacate, set aside, or correct an allegedly illegal sentence. The government filed a response to the motion, and the Petitioner filed a traverse.  On April 18, 2013, this Court conducted a hearing. Petitioner was represented by appointed counsel at the hearing. The Court heard from three witnesses: trial counsel Jennie Devine, Deborah Flannagan, and Petitioner Miquel Harrell.

In Ground One of the §2255 motion, Petitioner claims trial counsel was ineffective in that she failed to file a notice of appeal after being requested to do so. The Court grants the motion, but only to the extent that Petitioner will be afforded an opportunity to file an out of time appeal pursued by court appointed counsel.

Accordingly, the Court orders:

1.      Petitioner's motion to vacate is **GRANTED**, but only to the extent that Petitioner may file a belated appeal in the related criminal case.

2. The Court will enter an order in the related criminal case that vacates the original judgment and imposes the identical sentence in a new judgment.

3. The Clerk is directed to enter judgment in favor of Petitioner in the civil case, and to close the civil case.

**DONE AND ORDERED** at Tampa, Florida, this18th day of April, 2013.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Petitioner